## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| BRYAN P. SPENCE, TYLER W. STEF, RYAN CORCORAN, MITCHELL B. PIKE, STEVEN R. HAYNES, ANDREW GRIEB, DANIELLE A. RUNYAN, CHRISTOPHER M. WU, and ALAN SOSEBEE, individually and on behalf of all others similarly situated, | Case No: 4:22-cv-00453-O |
| *Plaintiffs*, | |
| v. | |
| LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, THE UNITED STATES DEPARTMENT OF DEFENSE, and FRANK KENDALL, in his official capacity as United States Secretary of the Air Force, | |
| *Defendants*. | |

## <u>MOTION TO CORRECT</u>

Plaintiffs Bryan P. Spence, Tyler W. Stef, Ryan Corcoran, Mitchell B. Pike, Steven R. Haynes, Andrew Grieb, Danielle A. Runyan, Christopher M. Wu, and Alan Sosebee, by and through counsel, respectfully move this Court to enter a correction of their previously-filed Motion for Preliminary Injunction (Dkt. No. 4) with a corrected Motion for Temporary Restraining Order and Preliminary Injunction, attached hereto. The contents of the original motion requested both a temporary restraining order and a preliminary injunction; the corrected motion only changes the title of the motion to accurately reflect that request, and removes one attorney from the signature block who will not be appearing in this action.

May 31, 2022

Respectfully submitted,

Kelly J. Shackelford
  Texas Bar No. 18070950
Jeffrey C. Mateer
  Texas Bar No. 13185320
David J. Hacker
  Texas Bar No. 24103323
Michael D. Berry
  Texas Bar No. 24085835
Roger Byron
  Texas Bar No. 24062643
First Liberty Institute
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
dhacker@firstliberty.org
mberry@firstliberty.org
rbyron@firstliberty.org

*/s/ Cristina M. Squiers*
Gene C. Schaerr*
  D.C. Bar No. 416368
Cristina M. Squiers
  Texas Bar No. 24093764
  *Counsel of Record*
Annika M. Boone* **
  Utah Bar No. 17176)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
gschaerr@schaerr-jaffe.com
csquiers@schaerr-jaffe.com
aboone@schaerr-jaffe.com

*Admitted *pro hac vice*
** Not yet admitted in D.C. Practicing
under the supervision of D.C. bar
members.

*Counsel for Plaintiffs and the Proposed Class*