UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRYAN P. SPENCE, TYLER W. STEF, RYAN CORCORAN, MITCHELL B. PIKE, STEVEN R. HAYNES, ANDREW GRIEB, DANIELLE A. RUNYAN, CHRISTOPHER M. WU, and ALAN SOSEBEE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense; THE UNITED STATES DEPARTMENT OF DEFENSE; and FRANK KENDALL, in his official capacity as United States Secretary of the Air Force, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Civil Case No. 4:22-cv-00453-O |

## ORDER

Before the Court is Defendant's Unopposed Motion for Leave to File Excess Pages (ECF No. 17), filed June 9, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion.

**SO ORDERED** on this **9th day** of **June, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE