IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **BRYAN P. SPENCE**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LLOYD J. AUSTIN III**, *et al.*,<br><br>*Defendants*. | Case No. 4:22-cv-00453 |

**DEFENDANTS' APPENDIX IN SUPPORT OF DEFENDANTS'
OPPOSITION TO THE MOTION FOR A PRELIMINARY INJUNCTION**

**Table of Appendix**

| Exhibit No. | Bates Stamps | Description |
|---|---|---|
| 1 | App.1–10 | Declaration of Maj. Scott Stanley |
| 2 | App.11–58 | Declaration of Col. Tonya Rans |
| 3 | App.59–70 | Declaration of Lt. Col. David R. Sayers |
| 4 | App.71–79 | Declaration of Maj. Matthew Streett |
| 5 | App.80–82 | Declaration of Lt. Col. Nekitha Little |
| 6 | App.83–90 | Declaration of Col. Elizabeth Hernandez |
| 7 | App.91–94 | Declaration of Col. Ashley Heyen |
| 8 | App.95–99 | Declaration of Lt. Col. Ethel M. Watson |
| 9 | App.100–103 | Declaration of Lt. Col. Justin L. Long |
| 10 | App.104–125 | Declaration of Lt. Col. Paul Y. Kim |
| 11 | App.126–137 | Declaration of Maj. Gen. Sharon R. Bannister |
| 12 | App.138–157 | Declaration of Lt. Gen. Kevin B. Schneider |
| 13 | App.158–168 | Declaration of Maj. Gen. Andrew J. Gebara (re: Runyan) |
| 14 | App.169–172 | Declaration of Col Frank Yoon (re: Wu) |
| 15 | App.173–175 | Declaration of Col. Suanne M. Crowley (re: Wu) |
| 16 | App.176–184 | Declaration of Lt. Col. Garrett R. Chandler (re: Stef) |
| 17 | App.185–273 | Stef RAR Working File |
| 18 | App.274–278 | Declaration of Col. Allen E. Duckworth (re: Spence) |
| 19 | App.279–838 | Spence RAR Working File |
| 20 | App.839–847 | Declaration of Lt. Col. Rimpa Patel (re: Corcoran) |
| 21 | App.848–926 | Corcoran RAR Working File |
| 22 | App.927–934 | Declaration of Col. Kyle H. Goldstein (re: Grieb) |
| 23 | App.935–999 | Grieb RAR Working File |

| 24 | App.1000–1007 | Declaration of Col. Kyle H. Goldstein (re: Haynes) |
|----|---------------|----------------------------------------------------|
| 25 | App.1008–1072 | Haynes RAR Working File |
| 26 | App.1073–1080 | Declaration of Col. Kyle H. Goldstein (re: Pike) |
| 27 | App.1081–1085 | Declaration of Col. Allen E. Duckworth (re: Pike) |
| 28 | App.1086–1144 | Pike RAR Working File |
| 29 | App.1145–1151 | Declaration of Col. Michael R. Stolley (re: Sosebee) |
| 30 | App.1152–1217 | Sosebee RAR Working File |
| 31 | App.1218–1236 | *Dunn v. Austin*, No. 22-cv-00288, Tr. (E.D. Cal. Feb. 22, 2022) ("Dunn Op.") |

Dated: June 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Cassandra Snyder*
AMY POWELL
Senior Trial Counsel
CASSANDRA SNYDER
Trial Attorney
Department of Justice, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Cassandra Snyder*
CASSANDRA M. SNYDER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
Email: cassandra.m.snyder@usdoj.gov