## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BRYAN P. SPENCE, *et. al.*,<br><br>                  *Plaintiffs*,<br>v.<br>LLOYD J. AUSTIN, III, *et. al.*,<br><br>                  *Defendants*. | Case No: 4:22-cv-00453 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION OF UP TO THIRTY PAGES

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File a Reply Brief in Support of Their Motion for Temporary Restraining Order and Preliminary Injunction of Up to Thirty Pages, and because good cause has been shown, it is, therefore, ORDERED that:

- Plaintiffs' Motion is GRANTED.
- Plaintiffs' reply brief shall not exceed thirty (30) pages.

      **SO ORDERED** on this _____ day of _____, 2022.

 

                                                              _____
                                                              Hon. Reed O'Connor
                                                             UNITED STATES DISTRICT JUDGE