UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRYAN P. SPENCE, TYLER W. STEF, RYAN CORCORAN, MITCHELL B. PIKE, STEVEN R. HAYNES, ANDREW GRIEB, DANIELLE A. RUNYAN, CHRISTOPHER M. WU, and ALAN SOSEBEE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense; THE UNITED STATES DEPARTMENT OF DEFENSE; and FRANK KENDALL, in his official capacity as United States Secretary of the Air Force,<br><br>  Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Civil Case No. 4:22-cv-00453-O |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion Expansion of Reply Brief Page Limit (ECF No. 25), filed June 22, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion.

**SO ORDERED** on this **22nd day** of **June, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE